UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CYNTHIA SEAVER,<br>          Plaintiff,<br><br>     v.<br>HARTFORD LIFE INSURANCE COMPANY,<br>          Defendant.<br>_____/ | No. C 11-3134 CRB<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:          January 19, 2012<br>Mediator:    Katherine Ritchey |

   IT IS HEREBY ORDERED that the request to excuse defendant Hartford Life Insurance Company's representative, Tanya Dixon, from appearing in person at the January 19, 2012 mediation before Katherine Ritchey is GRANTED. The representative shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

   IT IS SO ORDERED.

December 20, 2011          By:     _____
Dated                                             Elizabeth D. Laporte
                                                   United States Magistrate Judge